administration of the death penalty in this Nation.    I would grant the petitions for certiorari.

No. 85–1823.    STROOM *v.* CARTER, FORMER PRESIDENT OF THE UNITED STATES, ET AL., 476 U. S. 1154;
No. 85–5022.    RUSHING *v.* LOUISIANA, 476 U. S. 1153;
No. 85–5082.    WATSON *v.* BLACKBURN, WARDEN, 476 U. S. 1153;
No. 85–5640.    LILES *v.* OKLAHOMA, 476 U. S. 1164;
No. 85–5736.    MCDOWELL *v.* NORTH CAROLINA, 476 U. S. 1165;
No. 85–5957.    IN RE SHEWCHUN, 476 U. S. 1156;
No. 85–6639.    TORNERO *v.* UNITED STATES, 476 U. S. 1143;
No. 85–6729.    GORDON *v.* NUCCI ET AL., 476 U. S. 1173; and
No. 85–6774.    JUDD *v.* UNITED STATES ET AL., 476 U. S. 1184.
Petitions for rehearing denied.

JULY 8, 1986

No. A–5.    MESSER *v.* KEMP, WARDEN.    Application for stay of execution of sentence of death, presented to JUSTICE POWELL, and by him referred to the Court, is granted pending the timely filing and disposition by this Court of a petition for writ of certiorari.    Should the petition for writ of certiorari be denied, this stay terminates automatically.    In the event the petition for writ of certiorari is granted, this stay shall continue pending the sending down of the judgment of this Court.

JULY 11, 1986

No. 85–1985.    WALDRON ET UX. *v.* SHELL OIL CO.    C. A. 11th Cir.    Certiorari dismissed under this Court's Rule 53.

JULY 14, 1986

No. 85–2073.    NORTHERN PETROCHEMICAL CO. *v.* STUDIEN-GESELLSCHAFT KOHLE, MBH.    C. A. Fed. Cir.    Certiorari dis-